

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2018

No. 04-18-00329-CV

**IN THE INTEREST OF S.I., ET AL., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01391
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief was originally due to be filed on June 27, 2018.

By order dated June 28, 2018, this court granted appellant's first motion for extension of time to his file his brief, extending the deadline to July 17, 2018. This court's order reminded appellant's attorney that this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration and must be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. As a result, this court's order stated, "Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored."

On July 17, 2018, appellant's attorney filed a second motion for extension of time. The reasons for requesting the extension, which are identical to the reasons stated in the first motion, are a "recent" hurricane which required appellant's attorney to travel to Rockport, Texas to protect and repair property and "back to back trials." Although the motion is the second request for an extension of time, the motion states it is the "first" request for an extension of time.

The motion is GRANTED IN PART. Appellant's brief must be filed no later than July 27, 2018. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court